FILED

2007 MAR 26  AM 8: 26

CLERK US DI...
SOUTHERN DISTRICT O... CALIFORNI...

BY _____ Rm _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. TAYLOR, an individual consumer, <br><br> Plaintiff, <br><br> v. <br><br> CINGULAR WIRELESS CORPORATION and TRANSUNION CORP., Delaware corporations, and BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation, <br><br> Defendants. | Civil Action No. 06 CV 1213 IEG (NLS) <br><br> **JOINT MOTION TO STRIKE CROSS-CLAIM IN ITS ENTIRETY FROM THE COURT'S FILES IN THIS ACTION; ORDER** |

WHEREAS, on June 9, 2006, Plaintiff PAUL TAYLOR filed the above-entitled action ("Action") against: CINGULAR WIRELESS CORPORATION ("Cingular"), successor by merger to AT&T Wireless Services, Inc. ("AWS"); TRANSUNION CORP. ("TUC"); and BUREAU OF COLLECTION RECOVERY, INC. ("BCR"). In his Complaint, Mr. Taylor alleged various causes of action against defendants arising from collection and credit reporting on AWS Account No. 200074074.

WHEREAS, on August 25, 2006, BCR filed a Counterclaim against Mr. Taylor.

WHEREAS, on or about September 6, 2006, Mr. Taylor agreed to dismiss TUC from this matter, and Mr. Taylor and TUC entered into a mutual release and settlement agreement for that purpose.

WHEREAS, on September 21, 2006, an Early Neutral Evaluation Conference that included settlement discussions was held before United States Magistrate Judge Nita L. Stormes, with Mr. Taylor, Cingular and BCR appearing with their respective counsel.

WHEREAS, subsequent to that Early Neutral Evaluation Conference, Mr. Taylor, Cingular and BCR agreed to settlement terms which they incorporated into a written Mutual Release and Settlement Agreement.

WHEREAS, a material term of that Mutual Release and Settlement Agreement requires that Mr. Taylor and BCR enter into this Stipulation whereby Mr. Taylor and BCR seek an Order from this Court striking the Counterclaim in its entirety from the Court's files for this Action.

IT IS HEREBY STIPULATED by and between Mr. Taylor and BCR through their respective counsel of record that the Counterclaim be stricken in its entirety from the Court's files in this Action at the time the dismissal with prejudice is entered.

Hewell Law Firm, APC

DATED: _11-6_, 2006      By: _____
                              Harold M. Hewell
                              Attorney for Paul W. Taylor

Lewis, Brisbois, Bisgaard & Smith LLP

DATED: _11-6_, 2006      By: _____
                              Tim J. Vanden Heuval
                              Attorneys for Bureau of Collection Recovery, Inc.

## ORDER

The Court, having considered the stipulation of Mr. Taylor and BCR, and for good cause appearing, hereby **ORDERS THAT:** the Counterclaim be stricken in its entirety from the Court's files for this Action at the time the dismissal with prejudice for this matter is entered.

DATED: _3/22_, 2007      _____
                              THE HON. ROGER T. BENITEZ
                              Judge of the United States District Court