```
                                    FILED
                            2007 MAR 26  AM 8: 26
                            CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY ___Rm_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. TAYLOR, an individual consumer, | Civil Action No. 06 CV 1213 IEG (NLS) |
| Plaintiff, | **JOINT MOTION TO DISMISS; ORDER** |
| v. | |
| CINGULAR WIRELESS CORPORATION and TRANSUNION CORP., Delaware corporations, and BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff, PAUL W. TAYLOR, and defendants, CINGULAR WIRELESS CORPORATION, TRANSUNION CORP., and BUREAU OF COLLECTION RECOVERY, INC., through their respective counsel, that all claims against

-1-

all defendants be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated by and between all parties, through their respective counsel, that all cross-claims by BUREAU OF COLLECTION RECOVERY, INC., against PAUL W. TAYLOR be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1).

Hewell Law Firm, APC

DATED: _____,2006

By: _____
Harold M. Hewell
Attorney for Paul W. Taylor

Musick, Peeler & Garrett, LLP

DATED: _____,2006

By: _____
Donald E. Bradley
Sean A. Kading
Attorneys for TransUnion Corp.

Bradley & Gmelich

DATED: _____,2006

By: _____
Mark I. Melo
Attorneys for Cingular Wireless Corporation

Lewis, Brisbois, Bisgaard & Smith LLP

DATED: _____,2006

By: *[signature]*
Tim J. Vanden Heuval
Attorneys for Bureau of Collection Recovery, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: 3/22, 2007

*[signature]*
THE HON. ROGER T. BENITEZ
Judge of the United States District Court

1  all defendants be dismissed with prejudice in their entirety in the above-entitled action pursuant
2  to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated by and between all parties,
3  through their respective counsel, that all cross-claims by BUREAU OF COLLECTION
4  RECOVERY, INC., against PAUL W. TAYLOR be dismissed with prejudice in their entirety in
5  the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1).

Hewell Law Firm, APC

DATED: _____, 2006

By: _____
Harold M. Hewell
Attorney for Paul W. Taylor

Musick, Peeler & Garrett, LLP

DATED: _____, 2006

By: _____
Donald E. Bradley
Sean A. Kading
Attorneys for TransUnion Corp.

Bradley & Gmelich

DATED: October 26, 2006

By: _____
Mark I. Melo
Attorneys for Cingular Wireless Corporation

Lewis, Brisbois, Bisgaard & Smith LLP

DATED: _____, 2006

By: _____
Tim J. Vanden Heuval
Attorneys for Bureau of Collection Recovery, Inc.

## ORDER

IT IS SO ORDERED.

DATED: _____, 2006

_____
THE HON. ROGER T. BENITEZ
Judge of the United States District Court

all defendants be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated by and between all parties, through their respective counsel, that all cross-claims by BUREAU OF COLLECTION RECOVERY, INC., against PAUL W. TAYLOR be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1).

                                                  Hewell Law Firm, APC

DATED: _____,2006

                                        By: _____
                                             Harold M. Hewell
                                         Attorney for Paul W. Taylor

                                         Musick, Peeler & Garrett, LLP

DATED: _Oct. 26_,2006

                                        By: _____
                                             Donald E. Bradley
                                             Sean A. Kading
                                         Attorneys for TransUnion Corp.

                                           Bradley & Gmelich

DATED: _____,2006

                                        By: _____
                                             Mark I. Melo
                                         Attorneys for Cingular Wireless Corporation

                                         Lewis, Brisbois, Bisgaard & Smith LLP

DATED: _____,2006

                                        By: _____
                                             Tim J. Vanden Heuval
                                         Attorneys for Bureau of Collection Recovery, Inc.

                                            **ORDER**

IT IS SO ORDERED.

DATED: _____,2006

                                        _____
                                        **THE HON. ROGER T. BENITEZ**
                                        Judge of the United States District Court

all defendants be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1). It is further stipulated by and between all parties, through their respective counsel, that all cross-claims by BUREAU OF COLLECTION RECOVERY, INC., against PAUL W. TAYLOR be dismissed with prejudice in their entirety in the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1).

Hewell Law Firm, APC

DATED: 11-22 ,2006

By: _____
Harold M. Hewell
Attorney for Paul W. Taylor

Musick, Peeler & Garrett, LLP

DATED: _____ ,2006

By: _____
Donald E. Bradley
Sean A. Kading
Attorneys for TransUnion Corp.

Bradley & Gmelich

DATED: _____ ,2006

By: _____
Mark I. Melo
Attorneys for Cingular Wireless Corporation

Lewis, Brisbois, Bisgaard & Smith LLP

DATED: _____ ,2006

By: _____
Tim J. Vanden Heuval
Attorneys for Bureau of Collection Recovery, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: _____ ,2006

_____
**THE HON. ROGER T. BENITEZ**
Judge of the United States District Court